# Third District Court of Appeal

## State of Florida

Opinion filed November 24, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1963
Lower Tribunal No. F11-32111

————————

**Craig Mosby,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Craig Mosby, in proper person.

Ashley Moody, Attorney General, and Brian H. Zack, Assistant Attorney General, for appellee.

Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.